ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NORMAN BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS,<br><br>    Respondent. | Case No. EDCV 10-01831 CBM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: December 29, 2010

                                                          CONSUELO B. MARSHALL
                                                          SENIOR DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY